# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN YAGMAN, individually and in his class representative capacity,<br><br>Plaintiff(s),<br><br>v.<br><br>CORNELL COMPANIES, INC., MIKE REED, KEVIN LOUIS KINCEY, JENNIFER MARTIN DEL CAMPO, JOHN RUTHERFORD, KATHERINE TURNER, KIM FOWLER, JAMES E. HYMAN, JOHN R. NIESER, CATHRYN L. PORTER, PATRICK N. PERRIN, BENJAMIN E. ERWIN, GEO GROUP, INC., CALIFORNIA THE GEO GROUP, INC., POLITICAL ACTION COMMITTEE, INC., GEORGE C. ZOLLEY, JAMES BLACK, JOHN J. BULFIN, NORMAN A. CARLSON, CLARENCE E. ANTHONY, JULIE M. WOOD, RICHARD H. GLANTON, ANNE NEWMAN FOREMAN, CHRISTOPHER C. WHEELER, JOHN M. HURELY. STEPHEN FULLER, BRIAN R. EVANS, ANN M. SCHLARB, THOMAS M. WIERDSMA, DAVID J. VENTURELLA, REDWOOD TOXICOLOGY LABORATORY, INC., WAYNE ROSS, MARK J. DEMEO, RICHARD R. WILBER, ELIEZEER BEN-SHMUEL, SARAH MARIE SCHUH (aka SARAH MARIE WIDIGER), GEORGE CHINYERE ADIELE, BRENDA BURCH, CARMEN NAVARRO, NICOLE KNIGHT, ROBERT E. McFADDEN, WES J. MAYHEW, RANDY J. McWILLIAMS, HERIBERTO H. TELLEZ, RANSOM ALI, MICHAEL L. BENOV, ERWIN CARL MEINBERG, DAVID SHINN, HARLEY G. LAPPIN III, ALEXANDER W. SINAVSKY, KATHLEEN M. KEENEY, CHARLES E. SAMUELS, ERIC HIMPTON HOLDER, JR., DEREK ANTHONY WEST, and TWENTY UNKNOWN NAMED DEFENDANTS,<br><br>Defendant(s) | CASE NUMBER:<br><br>LA CV14 07555-SVW (CW)<br><br><br><br>SUMMONS |

TO:     THE ABOVE-NAMED DEFENDANT(S):

CV-1A    (01/01)                                      SUMMONS

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney <u>STEPHEN YAGMAN, PRO SE</u>, whose address is:

475 Washington Boulevard<br>
Venice Beach, CA 90292-5287

an answer to the ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim which is herewith served upon you within ( 21 ) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK, U. S. DISTRICT COURT

Date:   September 29, 2014     By: _____Trudy_____
                                        Deputy Clerk
                                   (SEAL OF THE COURT)
                                        1164

CV-1A   (01/01)                         SUMMONS