# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-7555-SVW(CW) | Date | December 4, 2014 |
|---|---|---|---|
| Title | Stephen Yagman v. Cornell Companies Inc et al | | |

| Present: The Honorable | Carla Woehrle, United States Magistrate Judge |
|---|---|

| Gay Roberson | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings:**     (In Chambers)

    The following motions have been set for hearing before Magistrate Judge Woehrle on the following dates:

Docket no. 15, motion for summary adjudication, December 8, 2014.

Docket no. 19, motion for partial summary judgment, December 16, 2014.

Docket no. 31, motion to dismiss, December 30, 2104.

Docket no. 35, motion for sanctions, December 30, 2014.

Docket no. 36, motion for sanctions, December 30, 2014.

Docket no. 37, motion for sanctions, December 30, 2014.

    These hearing dates are **ORDERED OFF CALENDAR**.

    The court will, as soon as possible, review these motions, along with other pending motions, determine whether to set any hearings, and issue further orders as appropriate.  The parties will be notified by mail or e-mail of further proceedings on these motions.


cc:  Parties of Record