UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-7555-SVW(CW) | Date | February 12, 2015 |
|---|---|---|---|
| Title | Stephen Yagman v. Cornell Companies Inc et al | | |

| Present: The Honorable | Carla Woehrle, United States Magistrate Judge | |
|---|---|---|

| Gay Roberson | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:**          (In Chambers)

    1.   The following motions are **MOOT** in light of Plaintiff's First Amended Complaint (docket no. 99, filed January 20, 2015):

Docket no. 9, Request for Clerk to Enter Default, October 31, 2014.

Docket no. 11, Request for Clerk to Enter Default, October 31, 2014.

Docket no. 15, Motion for Summary Adjudication, November 6, 2014.

Docket no. 19, Motion for Partial Summary Judgment, November 12, 2014.

Docket no. 26, Request for Clerk to Enter Default, November 21, 2014.

Docket no. 27, Ex Parte Application to Strike, November 24, 2014.

Docket no. 29, Ex Parte Application for Joinder November 25, 2014.

Docket no. 31, Motion to Dismiss, November 25, 2014.

Docket no. 35, Motions for Sanctions, December 2, 2014.

Docket no. 36, Motions for Sanctions, December 2, 2014.

Docket no. 37, Motions for Sanctions, December 2, 2014.

Docket no. 45, Ex Parte Application for Order, December 8, 2014.

Docket no. 46, Motion to Strike Answer, December 9, 2014.

Docket no. 59, Motions for Sanctions, December 23, 2014.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-7555-SVW(CW) | Date | February 12, 2015 |
|---|---|---|---|
| Title | Stephen Yagman v. Cornell Companies Inc et al | | |

Docket no. 60, Ex Parte Application to Strike, December 23, 2014.

Docket no. 62, Motion to Dismiss, December 29, 2014.

Docket no. 65, Motion for Joinder, December 30, 2014.

Docket no. 66, Request for Clerk to Enter Default, January 3, 2015.

Docket no. 67, Motion for Sanctions, January 6, 2015.

Docket no. 68, Motion for Sanctions, January 6, 2015.

Docket no. 69, Motion for Sanctions, January 6, 2015.

Docket no. 70, Motion for Joinder, January 6, 2015.

Docket no. 74, Ex Parte Application for Relief, January 12, 2015.

Docket no. 77, Ex Parte Application to Expedite, January 12, 2015.

Docket no. 78, Motion for Summary Adjudication, January 12, 2015.

Docket no. 79, Motion for Joinder, January 12, 2015.

Docket no. 96, Motion for Sanctions, January 19, 2015.

Docket no. 100, Ex Parte Application for Order, January 20, 2015.

    2.   The following motion is **GRANTED**:

Docket no. 115, Motion for Joinder, February 4, 2015.

    3.   The following motion is **DENIED**:

Docket no. 117, Motion for Sanctions, February 5, 2016.

    4.   The following motion has been set for hearing before Magistrate Judge Woehrle on February 17, 2015, and the hearing date is **ORDERED OFF CALENDAR**:

Docket no. 101, Motion for Summary Adjudication, January 20, 2015.

    5.   The following motions have been set for hearing before Magistrate Judge Woehrle on March 10, 2015, and the hearing date is **ORDERED OFF CALENDAR**:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-7555-SVW(CW) | | Date | February 12, 2015 |
|---|---|---|---|---|
| Title | Stephen Yagman v. Cornell Companies Inc et al | | | |

Docket no. 114, Motion to Dismiss, February 4, 2015.

Docket no. 118, Motion to Dismiss, February 6, 2015.

Docket no. 119, Motion to Dismiss, February 6, 2015.

     6.   This order does not affect the deadline for filing any opposition (or reply) with respect to any pending motion.  The court will, as soon as possible, review the pending motions and issue further orders as appropriate.  The parties will be notified by mail or e-mail of further proceedings.


cc:  Parties of Record