# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN YAGMAN, ) | No. CV 14-7555-SVW(CW) |
| ) | |
| Plaintiff, ) | ORDER ACCEPTING REPORT AND |
| ) | RECOMMENDATION OF UNITED STATES |
| v. ) | MAGISTRATE JUDGE |
| ) | |
| REDWOOD TOXICOLOGY LABORATORY,) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a _de novo_ review of those portions of the Report and Recommendation to which objections and responses have been made.

The Court accepts the findings and recommendations of the Magistrate Judge.

//
//
//

1

**IT IS THEREFORE ORDERED** that judgment be entered (1) granting Defendants' motions to dismiss (docket nos. 114, 118, 119, and 153); and (2) dismissing this action with prejudice.

DATED: October 8, 2015

_____
STEPHEN V. WILSON
United States District Judge