JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHEN YAGMAN, | ) | No. CV 14-7555-SVW(CW) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| REDWOOD TOXICOLOGY LABORATORY, INC., et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: October 8, 21015

_____
STEPHEN V. WILSON
United States District Judge