1  STEPHEN YAGMAN
2  475 Washington Boulevard
   Venice Beach, California 90292-5287
3  (310) 452-3200

4  Presented on behalf of Plaintiff,
   Stephen Yagman

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| STEPHEN YAGMAN, | CV-14-07555-SVW-CW |
| Plaintiff, | |
| v. | |
| CORNELL COMPANIES, INC., MIKE REED, KEVIN LOUIS KINCEY, JENNIFER MARTIN DEL CAMPO, JOHN RUTHERFORD, KATHERINE TURNER, KIM FOWLER, JAMES E. HYMAN, JOHN R. NIESER, CATHRYN L. PORTER, PATRICK N. PERRIN, BENJAMIN E. ERWIN, GEO GROUP, INC., CALIFORNIA THE GEO GROUP, INC., POLITICAL ACTION COMMITTEE, INC., GEORGE C. ZOLLEY, JAMES BLACK, JOHN J. BULFIN, NORMAN A. CARLSON, CLARENCE E. ANTHONY, JULIE M. WOOD, RICHARD H. GLANTON, ANNE NEWMAN FOREMAN, CHRISTOPHER C. WHEELER, JOHN M. HURELY. STEPHEN FULLER, BRIAN R. | **NOTICE OF APPEAL**<br><br>(10-09-15) |

1

| | |
|---|---|
| EVANS, ANN M. SCHLARB, THOMAS M. WIERDSMA, DAVID J. VENTURELLA, REDWOOD TOXICOLOGY LABORATORY, INC., ALERE, INC., WAYNE ROSS, MARK J. DEMEO, RICHARD R. WILBER, ELIEZEER BEN-SHMUEL, SARAH MARIE SCHUH (aka SARAH MARIE WIDIGER), GEORGE CHINYERE ADIELE, BRENDA BURCH, CARMEN NAVARRO, NICOLE KNIGHT, ROBERT E. McFADDEN, WES J. MAYHEW, RANDY J. McWILLIAMS, HERIBERTO H. TELLEZ, RANSOM ALI, MICHAEL L. BENOV, ERWIN CARL MEINBERG, DAVID SHINN, HARLEY G. LAPPIN III, ALEXANDER W. SINAVSKY, KATHLEEN M. KEENEY, CHARLES E. SAMUELS, ERIC HIMPTON HOLDER, JR., DEREK ANTHONY WEST, and TWENTY UNKNOWN NAMED DEFENDANTS,<br><br>                      Defendants. | |

**PLEASE TAKE NOTICE** that plaintiff appeals from the court's October 9, 2015 Order, accepting report and recommendation of magistrate judge and for entry of judgment, Doc. 303, and from all previous underlying orders, to the

//

//

//

United States Court of Appeals for the Ninth Circuit.

2

1
2
3       _____
        STEPHEN YAGMAN
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28